NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| BENJAMIN M. ALLEN, as trustee of the Benjamin Allen Revocable Trust Dated December 14, 2015, | ) ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D18-1054 |
| WELLS FARGO BANK, N.A., successor By merger to Wells Fargo Bank Minnesota, N.A. (F/K/A Norwest Bank Minnesota, N.A.), as trustee under that Certain polling and servicing agreement Relating to Structured Asset Securities Corporation Mortgage Pass Through Certificate 2002-HF-1; KONDAUR CAPITAL CORPORATION, as separate Trustee of Matawin Ventures Trust Series 2015-1; JAY SULLIVAN, as Guardian for Bertha A. Sullivan, Incapacitated; RANDALL O. REDER; UNKNOWN TENANT #1; UNKNOWN TENANT #2; AND/OR TENANTS IN POSSESSION IF THE ABOVE DEFENDANTS ARE ALIVE AND IF ONE OR MORE OF SAID DEFENDANTS ARE DEAD, THEIR UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, PERSONAL REPRESENTATIVES, CREDITORS AND ALL OTHER PARTIES CLAIMING BY, THROUGH OR AGAINST THEM; AND ALL PARTIES HAVING OR CLAIMING TO HAVE ANY RIGHT, TITLE OR INTEREST IN THE PROPERTY DESCRIBED IN THE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

COMPLAINT,                              )
                                        )
                Appellees.              )
_____)

Opinion filed April 10, 2019.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Randall O. Reder of Randall O. Reder,
P.A., Tampa, for Appellant.

Michelle A. Cavallaro of Fidelity National
Law Group, Fort Lauderdale, for Appellee
Kondaur Capital Corporation, as separate
Trustee of Matawin Ventures Trust Series
2015-1.

Tara M. McDonald of Gilbert Garcia Group,
P.A., Tampa, for Appellee Wells Fargo
Bank, N.A., successor By merger to Wells
Fargo Bank Minnesota, N.A. (F/K/A
Norwest Bank Minnesota, N.A.), as trustee
under that Certain polling and servicing
agreement Relating to Structured Asset
Securities Corporation Mortgage Pass
Through Certificate 2002-HF-1.

No appearance for remaining Appellees.

PER CURIAM.

                Affirmed.

KELLY, KHOUZAM, and LUCAS, JJ., Concur.